

RECEIVED

NOV 21 2018

AT 8:30_____M
WILLIAM T. WALSH, CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :

    :     Crim. No. 18- 703 (JMV)

v.     :

    :     21 U.S.C. § 846

MICHAEL HEALY     :

## I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE

From on or about April 18, 2014 through November 7, 2018, in Essex County, in the District of New Jersey and elsewhere, the defendant,

### MICHAEL HEALY,

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute a mixture and substance containing one kilogram or more of heroin, a Schedule I controlled substance; a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine, a/k/a "MDMA," or "ecstasy," a Schedule I controlled substance; a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Sections 846.

## FORFEITURE ALLEGATION

1.      The allegations contained in Count One of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.      Upon conviction of the offense in violation of 21 U.S.C. § 846, set forth in Count One of this Indictment, the defendant,

### MICHAEL HEALY,

shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the said offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in this Indictment.

A TRUE BILL

FOREPERSON

_____
CRAIG CARPENITO
United States Attorney

2

CASE NUMBER: 18-703 (JMV)

# United States District Court
## District of New Jersey

## UNITED STATES OF AMERICA

v.

## MICHAEL HEALY

# INDICTMENT FOR

## 21 U.S.C. § 846

A True Bill,

Foreperson

CRAIG CARPENITO
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

JAMES DONNELLY
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 297-2089

CLERK,
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 NOV 21  P 1:49