# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Chambers of**
**JOHN MICHAEL VAZQUEZ**
United States District Judge

Frank R. Lautenberg P.O. & U.S. Courthouse
2 Federal Square, Newark, NJ 07101
(973) 297-4851

June 7, 2019

Stephen Turano, Esq. counsel for defendant Healy
Anthony Pope, Jr., Esq counsel for defendant Healy
Thomas Ambrosio, Esq. counsel for defendant Healy
Troy Archie, Esq. counsel for defendant Wade
John Whipple, Esq. counsel for defendant Wade
Gary Mizzone, Esq. counsel for defendant Hill
Michele A. Adubato, Esq. counsel for defendant Hill
Henry Klingeman, Esq. counsel for defendant Zimmerman
Kenneth Kayser, Esq. counsel for defendant Zimmerman
Thomas Ashley, Esq. counsel for defendant Daniels
Roy Greenman, Esq. counsel for defendant Daniels

> **Re:** **_United States v. Michael Healy, et al._**
> **_Criminal Action No. 18-703-JMV_**

The Criminal Justice Act Plan for the District of New Jersey requires counsel appointed in capital cases to submit an initial case budget that will be subject to modification in light of facts and developments that emerge as the case proceeds. I therefore request that counsel for each defendant prepare an initial budget for court approval.

The Third Circuit's Case Budgeting Attorney is Renee Hurtig Edelman. She is located at:

> 22409 U.S. Courthouse
> 601 Market Street
> Philadelphia, PA 19106
> Tel. (267) 232-0210
> renee_edelman@ca3.uscourts.gov

Ms. Edelman will assist your budgeting efforts, consistent with the CJA Guidelines promulgated by the Judicial Conference. She will supply you with further information about the budgeting process, including the required Case Management and Budget Forms. She is also able to advise how certain resources might be shared among CJA counsel (absent conflict).

Kindly contact Ms. Edelman within ten (10) days of the date of this letter.

Very truly yours,

John Michael Vazquez, U.S.D.J.

cc:    Renee Hurtig Edelman, Esq.

# CAPITAL PROSECUTION -- CASE MANAGEMENT AND BUDGET FORMS
### (Includes Costs Already Authorized and/or Incurred)
### (Excludes Travel Time)

Case Number: _____

Case Name: _____

Lead Counsel: _____

For time incurred (please choose one):
- ◉ Up to authorization
- ○ Authorization to trial
- ○ Trial and sentencing

Insert Lead Atty Rate: _____

Insert Co-counsel Rate: _____

Insert Assoc. A Rate: _____

Insert Assoc. B Rate: _____

| Activities | Lead counsel hours | | 2nd/Co-counsel hours | | Associate A hours | | Associate B hours | | Total Cost | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Proposed | Approved | Proposed | Approved | Proposed | Approved | Proposed | Approved | Proposed | Approved |
| In Court Hearings [15a] | | | | | | | | | - | - |
| Interviews and Conferences with Client [15b] | | | | | | | | | - | - |
| Witnesses Interviews [15c] | | | | | | | | | - | - |
| Consultation with Investigators, Experts & Other Services [15d] | | | | | | | | | - | - |
| Obtaining & Reviewing the Court Record [15e] | | | | | | | | | - | - |
| Obtaining & Reviewing Documents and Evidence [15f] | | | | | | | | | - | - |
| Consulting with Counsel [15g] | | | | | | | | | - | - |
| Legal Research and Writing [15h] | | | | | | | | | - | - |
| Prepare Budget (and Amendments) [15i] | | | | | | | | | - | - |
| Other Activity [15j] | | | | | | | | | - | - |
| | - | - | - | - | - | - | - | - | - | - |

Total miscellaneous non-travel expenses incurred and/or anticipated for this phase (e.g. copying, postage, telephone/fax):

Proposed: [          ]

Approved: [          ]

Total Proposed Stage 1 Budget: $          -

Total Approved Stage 1 Budget: $          -

# CAPITAL PROSECUTION CASE MANAGEMENT AND BUDGET FORMS--TRAVEL ONLY

Case Number: _____

Case Name: _____

Lead Counsel: _____

| Activities | Description and Purpose of Travel | Hours Required for Travel (voucher category 15j) | | | | | | | | | | Travel Expenses | | Total Travel Cost | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Lead counsel | | 2nd/Co-counsel | | Associate A | | Associate B | | | | | | | |
| | | Proposed | Approved | Proposed | Approved | Proposed | Approved | Proposed | Approved | | | Proposed | Approved | Proposed | Approved |
| In Court Hearings | | | | | | | | | | | | | | - | - |
| Interviews and Conferences with Client | | | | | | | | | | | | | | - | - |
| Witness Interviews | | | | | | | | | | | | | | - | - |
| Investigators, Experts and Other Services | | | | | | | | | | | | | | - | - |
| Obtaining & Reviewing the Court Record | | | | | | | | | | | | | | - | - |
| Obtaining & Reviewing Documents and Evidence | | | | | | | | | | | | | | - | - |
| Consulting with Counsel | | | | | | | | | | | | | | - | - |
| Legal Research and Writing | | | | | | | | | | | | | | - | - |
| Prepare Budget (and Amendments) | | | | | | | | | | | | | | - | - |
| Other Activities | | | | | | | | | | | | | | - | - |
| Total | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

# CASE MANAGEMENT AND BUDGET FORMS
## INVESTIGATORS, EXPERTS & OTHER SERVICES REQUEST FORM & BUDGET

Case Number: _____

Case Name: _____

Lead Counsel: _____

| Expert Type | Name of Expert | Hourly Rate | | Number of Hours | | # of Travel Hours | | Travel Expenses | | Total Budget | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Proposed | Approved | Proposed | Approved | Proposed | Approved | Proposed | Approved | Proposed | Approved |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTALS | | | | | - | | - | | - | | - |