**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** January 13, 2021
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET #  18-703**

UNITED STATES OF AMERICA
       vs.

Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Nazzneen Kahn, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq.
Defendant Healy participated by ZOOM video conference

**Nature of Proceedings**:    Motion hearing held by ZOOM video conference

Defendant sworn.
Defendant consented to participate by ZOOM video conferencing.
Order issued.
Hearing held with oral argument as to defendant Healy's DE95 motion for release of Brady Materials.
Order to issue.

**Time Commenced:** 2:00
**Time Adjourned:**  4:30
**Total Time:**  2:30 min

                                     RoseMarie Olivieri
                                     SENIOR COURTROOM DEPUTY