# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES,

    *Plaintiff*,

v.

MICHAEL HEALY, et al.

    *Defendant*.

Crim. No. 18-703

**ORDER**

**John Michael Vazquez, U.S.D.J.**

This matter was opened to the Court on the motion of Defendant Michael Healy for the disclosure of *Brady* material. D.E. 95. The Government opposed the motion, and the Court considered all submissions. D.E. 95, 99, 103, 104, 108. The Court then heard oral argument on January 13, 2021. For the reasons stated on the record, and for good cause shown,

**IT IS** on this 13th day of January, 2021, hereby

**ORDERED** that Defendant's motion, D.E. 95, is **DENIED without prejudice**[1] except that

1. The Government shall produce to the Court for an *in camera* review an unredacted copy of the Capiello video-taped statement; and

2. The Government shall disclose to defense counsel the identity of the eyewitness who stated, in substance, that the eyewitness saw two Hispanic males running from the white Mazda as to the killing of J.C.; and it is further

---

[1] This ruling does not relieve the Government from its ongoing duty to disclose additional *Brady* material should the Government become aware of such material.

2

**ORDERED** that Defendant's motion, D.E. 95, for an *in camera* review of the Government's *Brady* review process is **DENIED without prejudice**.

_____
John Michael Vazquez, U.S.D.J.