UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES,

    *Plaintiff*,

v.

MICHAEL HEALY, et al.

    *Defendant*.

Crim. No. 18-703

**ORDER**

**John Michael Vazquez, U.S.D.J.**

On January 13, 2021, the Court entered an Order which required that the Government produce "to the Court for an *in camera* review an unredacted copy of the Cappiello video-taped statement." D.E. 110. The Government thereafter produced a copy of the statement with all portions that had been redacted before being disclosed to Defendant Michael Healy. The Court conducted an *in camera* review and there was no discernible *Brady* information[1] in the portions of video-taped statement that were redacted and not provided to Defendant. As a result, and for good cause shown,

**IT IS** on this 28th day of January 2021, hereby

**ORDERED** that Defendant's motion, D.E. 95, for the production of an unredacted copy of the Cappiello video-taped statement pursuant to *Brady* is **DENIED**.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

---

[1] The Court did not review the redacted portions for potential *Giglio* information.