

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, 7th floor  
Newark, New Jersey 07102

973-645-2700

April 19, 2021

**BY ECF**

The Hon John Michael Vazquez  
District Court Judge  
United States Courthouse and Post Office  
Newark, New Jersey 07102

       Re: U.S. v. Michael Healy et al., Crim. No. 18-703

Dear Judge Vazquez:

      The Government is respectfully requesting additional time to respond to defendant Michael Healy's motion filed in this matter (Dkt. No. 113). The Court granted the Government's prior request for an extension of time to respond until April 30, 2021. Due to a personal scheduling matter, I reached out to counsel for Mr. Healy to seek additional time to respond. Mr. Healy's counsel has consented to an additional extension until May 19, 2021. The Government now respectfully requests the Court grant an extension to answer the motion until May 19, 2021. Since the filing of the defendant's motion on February 24, 2021, the Government has granted, at counsels' request, an additional extension for Mr. Healy to submit his mitigation information to the Acting United States Attorney for the District of New Jersey. That deadline is now June 30, 2021. In light of that, no prejudice to the defendant will result from a further extension of time. Thank you for your consideration in this matter

                                          Very truly yours,

                                          RACHAEL A. HONIG  
                                          Acting United States Attorney

                                          S//Robert Frazer  
                                          By: Robert Frazer  
                                                Assistant United States Attorney

cc. Stephen Turano, Esq.  
Thomas Ambrosio, Esq.

SO ORDERED.

s/ John Michael Vazquez  
John Michael Vazquez, U.S.D.J.

Date: 4/20/21