

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  973-645-2700
*Newark, New Jersey 07102*

February 1, 2022

**By E-mail and ECF (without attachment)**
The Hon John Michael Vazquez
District Court Judge
United States Courthouse and Post Office
Newark, New Jersey 07102

      Re: U.S. v. Michael Healy, et al. No. 18-703

Dear Judge Vazquez:

      On Sunday, January 30, 2022, the Department of Justice notified the United States Attorney for the District of New Jersey regarding the authorization <u>not</u> to seek the death penalty in this case. That decision pertains to all defendants as well as the separate Indictment pending against Tyquan Daniels, Crim. No. 19-803.

      Counsel for all defendants have been notified of the Department's decision. After discussion with counsel, the parties respectfully request the Court to schedule a status conference at a time convenient to the Court in approximately the last week of March. This additional time will give the parties an opportunity for each team of defense lawyers to schedule and have individual in-person meetings with the Government to confer on (1) outstanding discovery, (2) potential plea offers to resolve the case, and (3) a realistic scheduling proposal for motion practice, hearings and trial before we come before the Court at the status conference.

      To that end, attached is a proposed complex case continuance order that all counsel have consented to and the Government has signed electronically on their behalf. If acceptable, this will continue the proceedings until May 31, 2022 with a proposed status conference at the end of March or a day near that time convenient to the Court. Allowing this time should make the status conference more productive by allowing the parties to confer and present a realistic schedule to the Court for further proceedings. Additionally, the Government will be working towards its planned Superseding Indictments in the Healy et al. matter and the separate matter against Tyquan Daniels and

will be able to update the Court at the status conference as to when those will be completed.

This letter will be filed on ECF to serve as the formal declaration by the Government of its intent not to seek the death penalty. The proposed order will only be sent to the Court for its review by email.

The Government is available should the Court require additional information.

                                            Very truly yours,

                                            PHILIP R. SELLINGER
                                            United States Attorney

                                            By: Robert Frazer
                                                  Naazneen Khan
                                            Assistant U.S. Attorneys

cc. All counsel