**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  
**JUDGE:** JOHN MICHAEL VAZQUEZ  
**COURT REPORTER:** Lisa Larson

**DATE:** September 8, 2022

**TITLE OF CASE:**

**DOCKET #  18-703**

UNITED STATES OF AMERICA
       vs.

Michael Healy  
Leevander Wade

**APPEARANCES:**

Robert Frazer, AUSA  
Samantha Fasinello, AUSA  
Thomas Ambrosio, Esq. for defendant Healy  
Stephen Turano, Esq. for defendant Healy  
John Whipple, Esq. for defendant Wade  
Troy Arche, Esq. for defendant Wade

**Nature of Proceedings**:    STATUS TELEPHONE CONFERENCE

Status conference held on the record.  
Trial in this matter is scheduled for January 8, 2024.  
Counsel to submit a proposed scheduling order to the court.

**Time Commenced:** 4:00  
**Time Adjourned:**  4:30  
**Total Time:**   30 min

                                               RoseMarie Olivieri  
                                            SENIOR COURTROOM DEPUTY