**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larsen

**DATE:** 11/14/2023

**TITLE OF CASE:**

**DOCKET #  18-703**

UNITED STATES OF AMERICA
       vs.

Michael Healy
Leevander Wade

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for Healy
Troy Archie, Esq. for Wade


**Defendant present.**

**Nature of Proceedings**:    ARRAIGNMENT AS TO 2ND SUPPERSEDING INDICTMENT

Defendants waived formal reading of Indictment.
Defendant Healy entered a plea of Not Guilty to Count 1,2,3,4,5,6, 7, 8, 9, 10, 12 of Superseding Indictment.
Defendant Wade entered a plea of Not Guilty to Count 1,2,3,4,5,6, 7, 8, 9, 10, 11, 13 of Superseding Indictment.
Status conference scheduled for 12/17/18 at 11:00 a.m.
Defendant is remanded to the custody of the U.S. Marshal.


**Time Commenced:** 11:00
**Time Adjourned:**  11:30
**Total Time:**  50 min


                                                    RoseMarie Olivieri
                                                  SENIOR COURTROOM DEPUTY