# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STSTES OF AMERICA | : | Criminal No. 2:18-cr-00703-MEF |
| v. | : | Honorable Michael E. Farbiarz |
| LEEVANDER WADE | : | |

## CONSENT ORDER

AND NOW, this 13th day of February, 2024, after consideration of Defendant LeeVander Wade`s REQUEST to allow access to discovery via a hard drive provided by Defense Counsel through Cornerstone Legal Consultants and a Dedicated laptop provided by the Hudson County Correctional Institution New Jersey, by way of his attorneys Troy Archie, and John Whipple, and the Government, by way of Robert Frazer, AUSA appearing, having no position regarding the issue, it is hereby ORDERED that the Letter Motion is GRANTED, subject to the hard drive meeting specifications required by Hudson County Jail officials and/on IT Department.

BY THE COURT

_____
**Honorable John Michael Vazquez**