**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                              **DATE:** March 4, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
       vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:

Trial w/jury moved before the Hon. Michael Farbiarz as to defendant Michael Healy.
Jury present at 10:50 a.m.
Voir dire began.
Jury sworn.
Lunch break from 1:45 until 2:15.
Voir dire continued.

Trial w/jury adjourned until 4:00 p.m. until 3/5/2023 at 9:00 a.m.

**Time Commenced: 9:00**
**Time Adjourned:  4:00**
**Total Time:**  6:30

                                          RoseMarie Olivieri
                                          SENIOR COURTROOM DEPUTY