**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** March 5, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
        vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Jury present at 9:15 a.m.
Voir dire continued.
Jury sworn.
Lunch break from 12:00 until 12:35.
New panel sworn.
Voir dire continued.

Trial w/jury adjourned until 5:00 p.m. until 3/6/2023 at 9:00 a.m.

Time Commenced: 9:00
Time Adjourned: 5:00
Total Time: 7:00

                                              RoseMarie Olivieri
                                              SENIOR COURTROOM DEPUTY