# UNITED STATED DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  
**JUDGE:** MICHAEL E. FARBIARZ  
**COURT REPORTER:** Tammy Witte  

**DATE:** March 6, 2024

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
       vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings:**

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy. Hearing held out of the presence of the jury.
Jury present at 9:30 a.m.
Voir dire continued.
Number of Jurors: 12
Number of Alternates: 4
Number of challenges: 12
Ordered to be sworn on 3/12/2024.

Trial w/jury adjourned until 3:00 p.m. until 3/12/2023 at 9:00 a.m.

Time Commenced: 9:00
Time Adjourned: 3:00
Total Time: 6:00

                                    RoseMarie Olivieri
                                  SENIOR COURTROOM DEPUTY