**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                        **DATE:** March 8, 2024
**JUDGE:**  MICHAEL E. FARBIARZ
**COURT REPORTER:**  Lisa Larson

**TITLE OF CASE:**

**DOCKET #  18-703**

UNITED STATES OF AMERICA

         vs.

Michael Healy


**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:  STATUS CONFERENCE HELD

Conference held with regards to the pending two requests from Jurors 13 and 16 to be excused from service.


**Time Commenced:** 10:00
**Time Adjourned:** 10:30
**Total Time:** 30 min

                                             RoseMarie Olivieri
                                             SENIOR COURTROOM DEPUTY