**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** March 12, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
      vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Jury present at 9:00 a.m.
Voir Dire continued.
Ordered jury panel sworn; jury panel sworn.
Number of Jurors: 12
Number of Alternates: 4
Number of challenges: 14
Samantha Fasanello, AUSA  Opened for Government.
Thomas Ambrosio, Esq.  Opened for Defendant.
Matthew Popowicz, sworn for Government.

Trial w/jury adjourned at 1:00 until 3/13/2024 at 9:30 a.m.

**Time Commenced: 9:00**
**Time Adjourned:  1:00**
**Total Time:**  4:00

                                      RoseMarie Olivieri
                                    SENIOR COURTROOM DEPUTY