**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                           **DATE:** March 14, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
       vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Jury present at 9:30 a.m.

Government witness Broam Maranda sworn.
Government witness Joseph Weeks sworn.
Government witness Malik Rivers sworn.
Court ordered lunch for 16 jurors from Queen Pizza.
Lunch recess from 1:00 until 2:00.
Government witness Gregory Drozjock sworn.

Exhibits admitted.

Trial w/jury adjourned at 4:00 until 3/18/2024 at 9:30 a.m.

**Time Commenced: 9:00**
**Time Adjourned:  3:30**
**Total Time:** 5:30

                                             RoseMarie Olivieri
                                             SENIOR COURTROOM DEPUTY