**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** March 19, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
      vs.
Michael Healy


**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present


**Nature of Proceedings:**

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Hearing held out of the presence of the jury.
Jury present at 9:30 a.m.
Matthew Robinson continued on the stand.
Government witness Darnell Morales sworn.
Court ordered lunch for 16 jurors from Queen Pizza.
Lunch recess from 1:00 until 1:45.
Witness Morales continued on the stand.
Government witness Felix Lantigua sworn.
Government witness Godson Noel sworn.


Exhibits admitted.

Trial w/jury adjourned at 4:00 until 3/20/2024 at 9:30 a.m.

**Time Commenced: 9:00**
**Time Adjourned: 4:00**
**Total Time:** 6:15


                                                    RoseMarie Olivieri
                                                   SENIOR COURTROOM DEPUTY