**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                           **DATE:** March 20, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
       vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Hearing held out of the presence of the jury.
Jury present at 9:30 a.m.
Government witness Xavier Valentin sworn.
Government witness Ramon Candelaria sworn.
Government witness Gregory Goncalves sworn.
Government witness Gregory Conti sworn.
Government witness Steve Perez sworn.
Court ordered lunch for 16 jurors from Queen Pizza.
Lunch recess from 1:00 until 1:45.
Government witness Antonio Badim sworn.
Government witness John Marcelli sworn.
Government witness Gregory Goncalves sworn.

Exhibits admitted.

Trial w/jury adjourned at 4:00 until 3/21/2024 at 9:30 a.m.

**Time Commenced: 9:00**
**Time Adjourned: 4:00**
**Total Time:** 6:15

                                                  RoseMarie Olivieri

SENIOR COURTROOM DEPUTY