<u>**UNITED STATED DISTRICT COURT**</u>
<u>**DISTRICT OF NEW JERSEY**</u>
<u>**MINUTES OF PROCEEDINGS**</u>

**OFFICE:** NEWARK                                  **DATE:** March 21, 2024
**JUDGE:** MICHAEL E. FARBIARZ

**COURT REPORTER:** Tammy Witte

**TITLE OF CASE:**                                  **DOCKET # 18-703**

UNITED STATES OF AMERICA
           vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings:**
Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Hearing held out of the presence of the jury.
Jury present at 9:30 a.m.
Government witness John Hauger sworn.
Government witness Nick Kakkalis sworn.
Government recalls Jason Frederick. Sworn.
Court ordered lunch for 16 jurors from Queen Pizza.
Lunch recess from 1:00 until 1:45.
Government recalls witness Xavier Valentin. Sworn.
Government witness Frederick DiCarlo sworn.

Exhibits admitted.

Trial w/jury adjourned at 4:00 until 3/25/2024 at 9:30 a.m.

**Time Commenced: 9:00**
**Time Adjourned: 4:00**
**Total Time:** 6:15

                                        RoseMarie Olivieri
                                        SENIOR COURTROOM DEPUTY