**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                   **DATE:** March 25, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
        vs.
Michael Healy


**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present


**Nature of Proceedings:**

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Hearing held out of the presence of the jury.
Jury present at 9:30 a.m.
Government witness Matthew Schneiderman sworn.
Government witness John Nolberto sworn.
Government witness Dough Rivera sworn.
Court ordered lunch for 16 jurors from Queen Pizza.
Lunch recess from 1:00 until 1:45.
Witness Dough Rivera continued on the stand.
Government witness Darnell Graves sworn.

Exhibits admitted.

Trial w/jury adjourned at 4:00 until 3/26/2024 at 9:30 a.m.

**Time Commenced:** 9:00
**Time Adjourned:** 4:00
**Total Time:** 6:15


                                      RoseMarie Olivieri
                                      SENIOR COURTROOM DEPUTY