**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                    **DATE:** March 26, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
              vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Hearing held out of the presence of the jury.
Alternate Juror #14 excused.
Jury present at 9:30 a.m.
Government witness Raul Pineda sworn.
Government witness Michael Frazzano sworn.
Court ordered lunch for 15 jurors from Queen Pizza.
Lunch recess from 1:00 until 1:45.
Witness Michael Frazzano continued on the stand.
Government witness Benjamin Rappaport sworn.

Exhibits admitted.

Trial w/jury adjourned at 4:00 until 3/27/2024 at 9:30 a.m.

**Time Commenced: 9:00**
**Time Adjourned: 4:00**
**Total Time:** 6:15

                                                    RoseMarie Olivieri
                                                    SENIOR COURTROOM DEPUTY