**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                      **DATE:** March 27, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
    vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Hearing held out of the presence of the jury.
Jury present at 9:30 a.m.
Government witness Thiago Bethonico sworn.
Government witness Michael Dolias sworn.
Government witness Kristi Bartok sworn.
Government witness Christine Chiesa sworn.
Government witness Jennifer Skuches sworn.
Government witness Tara Rossy sworn.
Court ordered lunch for 15 jurors from Queen Pizza.
Lunch recess from 1:00 until 1:45.
Government witness Marilyn DeApodaca sworn.
Government witness Kelly Song sworn.
Government witness Michelle Camilleri sworn.
Government witness Russell Gallis sworn.
Government witness Christopher Benintendo sworn.
Government witness Jason Frederick recalled and sworn.

Exhibits admitted.

Trial w/jury adjourned at 4:00 until 4/1/2024 at 9:00 a.m.

**Time Commenced: 9:00**
**Time Adjourned: 4:00**

**Total Time:**  6:15

                                           <u>RoseMarie Olivieri</u>
                                           SENIOR COURTROOM DEPUTY