**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** March 28, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
      vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy. Hearing/charge conference held out of the presence of the jury.

Trial w/jury adjourned at 1:00 until 4/1/2024 at 9:00 a.m.

**Time Commenced:** 10:30
**Time Adjourned:** 1:30
**Total Time:** 3:00

                                              RoseMarie Olivieri
                                              SENIOR COURTROOM DEPUTY