**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| United States of America, | Crim. No. 18-703 (MEF) |
| v. | |
| Michael Healy, | **ORDER** |
| *Defendant.* | |

    The Court reviewed the parties' proposed jury instructions, and provided back to the parties slightly revised jury instructions. Earlier today, the parties each indicated, in writing, that they have no objections to the Court's slightly revised jury instructions. Those slightly revised jury instructions are now placed on the public docket, and will be given to the jury by the Court.

IT IS on this 28th day of March, 2024, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.

1