

*U.S. Department of Justice*

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*     973-645-2700
*Newark, New Jersey 07102*

March 28, 2024

*Via Email and ECF*
The Honorable Michael E. Farbiarz
United States District Judge
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

        Re:    United States v. Michael Healy
                 Crim. No. 18-703 (MEF)

Dear Judge Farbiarz:

      The Government writes to update the Court that after a review of the exhibits that have been moved into evidence the Government neglected to formally enter into evidence Mr. Healy's EZ pass records, Government Ex. 178, during the testimony of Special Agent Frederick yesterday. Though a proper foundation was laid (TT 2357-2358), and a summary chart of the records was entered into evidence (Government Exhibit 701), the underlying records were mistakenly not entered.

      I have consulted with Mr. Turano and referred him to the relevant pages of the transcript. On behalf of Mr. Healy, Mr. Turano has no objection to the Government entering Government Exhibit 178 into evidence before the Government rests its case on Monday without the need to recall Special Agent Frederick.

                                  Very truly yours,

                                  PHILIP R. SELLINGER
                                  United States Attorney

                                *s/ Robert Frazer*

                                _____
      By:    ROBERT FRAZER
              SAMANTHA C. FASANELLO
              Assistant U.S. Attorneys