**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                              **DATE:** April 1, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
                vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Hearing held out of the presence of the jury.
Jury present at 9:30 a.m.
Government rested its case.
Defendant's witness Ronald Dwyer sworn.
Defendant's witness Kalibata sworn.
Defendant rested its case.
Jury charge read into the record.
Court ordered lunch for 14 jurors from Queen Pizza.
Lunch recess from 1:00 until 1:45.
Government's closing statements.
Defendant's closing statements.

Exhibits admitted.

Trial w/jury adjourned at 4:00 until 4/2/2024 at 9:00 a.m.

**Time Commenced: 9:00**
**Time Adjourned:  4:00**
**Total Time:**  6:15

                                                                RoseMarie Olivieri
                                                                SENIOR COURTROOM DEPUTY