**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** April 2, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
      vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Hearing held out of the presence of the jury.
Jury present at 9:30 a.m.
Defendant's closing statements continued.
Jury deliberations commenced at 10:45 a.m.
Court ordered lunch for 14 jurors from Queen Pizza.
Jury communication #1 received.

Trial w/jury adjourned at 4:00 until 4/3/2024 at 9:00 a.m.

**Time Commenced: 9:00**
**Time Adjourned: 4:00**
**Total Time:** 6:15

                                       RoseMarie Olivieri
                                       SENIOR COURTROOM DEPUTY