**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** April 3, 2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 18-703**

UNITED STATES OF AMERICA
       vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq. for defendant Healy
Defendant present

**Nature of Proceedings**:

Trial w/jury continued before the Hon. Michael Farbiarz as to defendant Michael Healy.
Hearing held out of the presence of the jury.
Jury present at 8:39 a.m. and deliberations continued.
Jury communication #2 received.
Jury communication #3 received.
Court ordered lunch for 12 jurors from Queen Pizza.
Jury verdict received.
Jurors present.
Verdict read into the record at 12:08.

Trial w/jury concluded at 12:30.

**Time Commenced: 9:00**
**Time Adjourned: 12:30**
**Total Time:** 3:30

                                       RoseMarie Olivieri
                                       SENIOR COURTROOM DEPUTY