UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case Number: 18-703 (MEF) |
| v. : | |
| : | |
| MICHAEL HEALY : | |
| : | **ORDER** |
| DEFENDANT : | |
| : | |

**THIS MATTER,** having been opened to this Court by Stephen Turano, Esq., and Thomas Ambrosio, Esq., attorneys for defendant, Michael Healy, and for good cause having been shown:

**IT IS ON THIS 27th** day of December, 2024,

**ORDERED** that the Bergen County Correctional Facility permit Michael Healy full access to the electronic discovery and related trial materials, including a dedicated computer, three 3 days per week, from approximately 8 a.m. to 2 p.m., until such time as he is redesignated to a Bureau of Prisons facility.

_____
Honorable Michael E. Farbiarz
United States District Judge