DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA<br><br>v.<br><br>Michael Healy<br><br>Defendant(s). | Criminal No. 18-703 (MEF)<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |
|---|---|

Please be advised that, on this date, defendant Michael Healy submitted sentencing materials to the Court in this case.

Date:   March 25, 2025

By:   /s/ Stephen Turano
      _____
      Stephen Turano