<u>UNITED STATED DISTRICT COURT</u>
<u>DISTRICT OF NEW JERSEY</u>
<u>MINUTES OF PROCEEDINGS</u>

**<u>OFFICE</u>: NEWARK**                                              **<u>DATE</u>**: 4/23/2025
**<u>JUDGE</u>:** MICHAEL FARBIARZ
**<u>COURT REPORTER</u>:** Lisa A. Larsen

**<u>TITLE OF CASE</u>:**                                              **<u>DOCKET</u># 18-703**

UNITED STATES OF AMERICA

              vs.
Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasanello, AUSA
Thomas Abrosio, Esq. for Defendant
Maribel Rivera, Probation Officer
Defendant present

**Nature of Proceedings**:  SENTENCING ON Count 1, 2, 3, 5, 6, 7, 9, 10, 12

Hearing held on the record.
Government introduced family members who spoke on behalf of the victims in this matter:
On behalf of Juan Santos Martinez: Nohemi Guzman De Santos
On behalf of Aristedes "Teddy" Stratiroudis: Maria Montalvo
On behalf of Jose "Joey" Colon: Jahyda Colon
Interpreting for the victim's family provided by a paralegal within the U.S. Attorney's Office.

Imprisonment – single Life sentence on Counts 1, 6, and 12; consecutive to that Life sentence, a term Life as to Count 2; consecutive to that, Life sentence on Count 5; consecutive to that, Life sentence on Count 9; consecutive to that, 120 months on Count 3; consecutive to that, 120 months on Count 7; consecutive to that, 120 months on Count 10.

Motion to dismiss Counts 4, 8 and 11 of the Second Superseding Indictment granted.
Supervised Release – a term of 5 years. This term consists of terms of 5 years on each of Counts 1, 2, 3, 5, 6, 7, 9, 10, and 12, all such terms to run concurrently.

Restitution: $6,223.00, IFIP program-payments of $25 every three months, payments to commence 30 days after confinement of no less than $100 per month if restitution remains unpaid.

Special conditions:  consent to search.
Special Assessment - $900 consisting of $100 per count due immediately.
Defendant advised of right to appeal.

Fine waived.
Defendant REMANDED to the custody of the USM.

**Time Commenced: 2:00**
**Time Adjourned:  3:30**
**Total Time: 1:30**

                                           _RoseMarie Olivieri_
                                           SENIOR COURTROOM DEPUTY