# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL HEALY<br><br>                              Defendant. | Criminal No. 18-cr-703 (MEF)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Michael Healy, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's sentence and the Judgement of Conviction dated May 5, 2025.

Dated:  May 8, 2025

*/s/ Stephen Turano*
_____
Stephen Turano, Esq.
60 Park Place, Suite 1101
Newark, NJ 07102
(973) 648-6777
sturano@turanolaw.com
Attorney for Defendant
   Michael Healy